**Order issued January 12, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-14-00261-CR

---

### ANDRE TARWEN BROOKS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Bridges, Lang-Miers, and Myers

Based on the Court's opinion of this date, we **GRANT** the July 11, 2014 motion of George R. Conkey for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove George R. Conkey as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Andre Tarwen Brooks, TDCJ No. 1903493, Clemens Unit, 11034 Hwy 36, Brazoria, Texas, 77422.

/ Lana Myers/
LANA MYERS
JUSTICE